UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
ILYA MIRONOV,                          )
                                       )
                    Plaintiff,         )   Case No. C22-416RSL
                                       )
        v.                             )
                                       )   ORDER TO SHOW CAUSE
PHH MORTGAGE CORPORATION,              )
                                       )
                    Defendant.         )
_____)

On April 6, 2022, the Court issued an order requiring the parties to file a Joint Status Report by May 4, 2022. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Thursday, May 26, 2022, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of April 6, 2022. The Clerk is directed to place this Order to Show Cause on the Court's calendar for May 27, 2022.

DATED this 10th day of May, 2022.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE