HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ILYA MIRONOV, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>PHH MORTGAGE CORPORATION, a New Jersey Corporation,<br><br>　　　　　　　　Defendants. | No. 2:22-cv-00416-RSL<br><br>STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>[CLERK'S ACTION REQUIRED] |

## I. STIPULATION

The undersigned parties having fully resolved this matter, it is hereby stipulated to by the parties that all of Plaintiff Ilya Mironov's claims be dismissed with prejudice and without costs or attorney's fees to any party and that the attached Order may be entered.

Dated this 30th day of June, 2023.

**LAW OFFICE OF REED YURCHAK**

*/s/ Reed Yurchak*
Reed Yurchak, WSBA #37366
*Attorney for Plaintiff Ilya Mironov*

Dated this 25th day of July, 2023.

**HOUSER LLP**

*/s/ Nicholas A. Reynolds*
Nicholas A. Reynolds, WSBA #44935
*Attorneys for Defendant PHH Mortgage Corporation*

STIPULATION FOR AND ORDER OF DISMISSAL – 1
CAUSE NO. 2:22-cv-00416-RSL

HOUSER LLP
1420 Fifth Ave., Ste. 2200
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

## II. ORDER

THIS MATTER having come before the above-entitled Court on the stipulation of the undersigned parties, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims of the Plaintiff Ilya Mironov be dismissed with prejudice and without costs or attorney's fees to any party.

Dated this __26th__ day of ____July____, 2023.

_____
HONORABLE ROBERT S. LASNIK

*Presented by:*

**HOUSER LLP**


*/s/ Nicholas A. Reynolds*
Nicholas A. Reynolds, WSBA #44935
*Attorneys for Defendant PHH Mortgage Corporation*


*Approved as to form by:*

**LAW OFFICE OF REED YURCHAK**


*/s/ Reed Yurchak*
Reed Yurchak, WSBA #37366
*Attorneys for Plaintiff Ilya Mironov*

STIPULATION FOR AND ORDER OF DISMISSAL – 2
CAUSE NO. 2:22-cv-00416-RSL

HOUSER LLP
1420 Fifth Ave., Ste. 2200
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839